UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE JUAREZ,

                Plaintiff,

      -against-

CALVIN D. MITCHELL, et al.,

                Defendants.
------------------------------------------------------------X

19-cv-4874 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2020

VERNON S. BRODERICK, United States District Judge:

      In light of the current public health crisis, it is hereby:

      ORDERED that the post-discovery conference set for April 10, 2020, is adjourned sine die. The parties are directed to meet and confer and submit a joint letter within thirty (30) days summarizing the status of discovery in this case and any anticipated motion practice. If the parties anticipate motion practice, the letter shall include a proposed briefing schedule for the Court's review. If the parties anticipate proceeding to trial, the parties shall review Rule 6 of my Individual Rules & Practices in Civil Cases and proceed accordingly.

SO ORDERED.

Dated: March 26, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge