```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE JUAREZ,                                                :
                                                            :
                            Plaintiff,                      :
                                                            :
              -against-                                     :
                                                            :
CALVIN D. MITCHELL et al.,                                  :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

19-CV-4874 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

 As I have previously ordered, the parties are directed to appear for a post-discovery conference on March 12, 2021 at 10:30 AM. (Doc. 32.) It is hereby:

 ORDERED that the March 12, 2021 hearing will be conducted by telephonic conference. The call-in number is 888-363-4749 and the passcode is 2682448.

 SO ORDERED.

Dated: March 11, 2021
    New York, New York

                _____
                VERNON S. BRODERICK
                United States District Judge