```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JOSE JUAREZ,                                                 :
                                                             :
                              Plaintiff,                     :
                                                             :          19-CV-4874 (VSB)
              -against-                                      :
                                                             :                ORDER
CALVIN D. MITCHELL et al.,                                   :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021

VERNON S. BRODERICK, United States District Judge:

     In light of the representations made at the March 12, 2021 conference held in the above-captioned case, (Doc. 58), it is hereby:

     ORDERED that the parties are directed to file a joint letter on or before March 19, 2021. This letter should address the parties' respective positions on the following issues: 1) how much time the parties need for settlement discussions, 2) whether the parties request referral for mediation or to the assigned Magistrate Judge for settlement purposes, and 3) a proposed briefing schedule to the extent that any party intends to file a motion for summary judgment.

SO ORDERED.

Dated:    March 12, 2021
           New York, New York

                                                               Vernon S. Broderick
                                                                United States District Judge